DAVID E. MASTAGNI, ESQ. (SBN 204244)
ISAAC STEVENS, ESQ. (SBN 251245)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN, A.P.C.**
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916)446-4692
Facsimile: (916)447-4614

Attorneys for Petitioners
Visalia Police Managers and
Supervisors Association, and Steven Puder

FILED
MAY 01 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISALIA POLICE MANAGERS AND SUPERVISORS ASSOCIATION, on behalf of itself and its members; and STEVEN PUDER, on behalf of himself and all similarly situated persons;<br><br>Petitioners/Plaintiffs,<br><br>vs.<br><br>CITY OF VISALIA,<br><br>Respondent/Defendant | Case No. 1:13-CV-02106-AWI-GSA<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**TO THE COURT, ALL ATTORNEYS AND PARTIES OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Petitioners/Plaintiffs VISALIA POLICE MANAGERS AND SUPERVISORS ASSOCIATION, and STEVEN PUDER, and behalf of himself and all similarly situated persons, hereby dismiss this matter without prejudice.

Respectfully submitted:
Date: March 24, 2014

It is so Ordered. Dated: 5-1-14

_____
United States District Judge

**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN, APC**

/s/ Isaac S. Stevens
DAVID E. MASTAGNI
ISAAC S. STEVENS
Attorneys for Petitioners /Plaintiffs,
PMSA and STEVEN PUDER